No. 206. WHITE ET AL. *v*. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Edgar Paul Boyko* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States. ▮

No. 209. ZAWADA *v*. PENNSYLVANIA SYSTEM BOARD OF ADJUSTMENT, BROTHERHOOD OF RAILWAY & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS AND STATION EMPLOYEES. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Lawrence J. Richette* for petitioner. *Allen S. Olmsted, 2nd, Walter Biddle Saul, Robert S. Marx* and *Ivar H. Peterson* for respondent.

No. 212. FAUBUS, GOVERNOR OF ARKANSAS, ET AL. *v*. UNITED STATES (AMICUS CURIAE) ET AL. C. A. 8th Cir. Certiorari denied. *Walter L. Pope* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for the United States (Amicus Curiae).

No. 213. ALLIED CHEMICAL & DYE CORP. *v*. MCMAHON, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Victor Futter* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson* and *A. F. Prescott* for respondent.

No. 217. STROEHMANN BROTHERS CO. ET AL. *v*. HUBER BAKING CO. C. A. 2d Cir. Certiorari denied. *Roberts B. Larson* for the Stroehmann Brothers Co., and *Harold Greenwald* for the Quality Bakers of America Cooperative, Inc., petitioners. *Cyrus Austin* for respondent.